UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JPMORGAN CHASE BANK, NATIONAL
ASSOCIATION,

       Plaintiff,                      Case No. 1:23–cv–01112–RJJ–SJB

  v.                                   Hon. Robert J. Jonker

JOHN W. HIGGINS, et al.,

       Defendants.
_____/

## **NOTICE OF HEARING**

TAKE NOTICE that a hearing has been **rescheduled** as set forth below:

| | |
|---|---|
| Type of hearing(s): | Scheduling Conference |
| Date/Time: | January 29, 2024   10:00 AM *(previously set for 12/18/23)* |
| Judge: | Robert J. Jonker |
| Place/Location: | 699 Federal Building, Grand Rapids, MI |

                                                 ROBERT J. JONKER
                                                 United States District Judge

Dated:  December 15, 2023       By:   /s/ Susan Driscoll Bourque
                                                         Case Manager