UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION
-------------------------------------------------------------------------x

JPMORGAN CHASE BANK, NATIONAL
ASSOCIATION,

                              Plaintiff,

      -against-

JOHN W. HIGGINS, MARTHA R. HIGGINS, and the
UNITED STATES OF AMERICA,

                              Defendants.

**NOTICE OF MOTION**

Case No. 1:23-cv-01112 (RJJ)(SJB)

Hon. Robert J. Jonker

-------------------------------------------------------------------------x

UNITED STATES OF AMERICA,

        Counterclaim/Crossclaim Plaintiff,

      -against-

JOHN W. HIGGINS, MARTHA R. HIGGINS,

        Crossclaim Defendants,

      and

JPMORGAN CHASE BANK, N.A., and TREASURER,
BERRIEN CO., MICHIGAN,

        Counterclaim Defendants.
-------------------------------------------------------------------------x

        **PLEASE TAKE NOTICE** that upon all the pleadings and proceedings heretofore had herein, and Counterclaim-Defendant Berrien County Treasurer's Memorandum of Law in Support of Her Motion to Dismiss, dated December 18, 2023, the Berrien County Treasurer moves this Court before the Honorable Robert J. Jonker, United States District Judge, Western District of New York, at the Courthouse thereof, 699 Federal Building, Grand Rapids, MI, for an order dismissing the action as against the Berrien County Treasurer pursuant to Fed. R. Civ. P. 12(b)(6)

1

and 14(a)(2)(A) on the grounds that the "Counterclaim" filed by the United States of America against the Berrien County Treasurer fails to state a claim upon which relief can be granted.

Dated:        St. Joseph, Michigan
              December 18, 2023

                                        /s/ Thaddeus J. Hackworth
                                        Thaddeus J. Hackworth (P84996)
                                        Berrien County Corporate Counsel
                                        701 Main Street
                                        St. Joseph, MI 49085
                                        (269) 983-7111 x8416
                                        thackworth@berriencounty.org
                                        *Attorney for Berrien County Treasurer*

TO:   Isabelle Dietz
      Sarah Stoner
      U.S. Department of Justice, Civil Tax Division
      Ben Franklin Station
      P.O. Box 55
      Washington, DC 20004

      Mark Magyar
      DYKEMA GOSSETT PLLC
      201 Townsend Street, Suite 900
      Lansing, MI 48933

      John M. Wojcik
      FARINA & WOJCIK, PC
      121 W. Merchant St.
      New Buffalo, MI 49117