From: Jack Higgins jhiggins@higginsdevelopment.com
Subject: Fw: Case Number: 1.23-CV-1112  Honorable Robert J. Jonker
Date: Jan 5, 2024 at 1:16:12 PM
To: Stoner, Sarah (TAX) Sarah.Stoner@usdoj.gov, Magyar, Mark MMagyar@dykema.com, Dietz, Isabelle (TAX) Isabelle.Dietz@usdoj.gov, JPass@dykema.com, Susan_Bourque@miwd.uscourts.gov, Northern.Taxcivil@usdoj.gov, DocketDET@dykema.com
Cc: John Wojcik jw@farinawojcik.com

To All,

Pursuant to the attached order John and Martha Higgins intend to proceed with the above-referenced case pro se.

The address to serve papers is as follows:

John and Martha Higgins

50102 Alpine Blvd.

Grand Beach, MI 49117

Email:

jhiggins@higinsdevelopment.com

Phone:

312-560-9620

Please serve all papers both by email and to the above street address.

In addition, John and Marth Higgins will attend the January 29th, 2024 hearing in Grand Rapids at 10am EST.

Please advise that all parties have received this notice.

Thank you,
John and Martha Higgins

*FILED (GR) U.S. District Court Clerk — JAN 0 8 2024 — KB*

1:23-cv-01112-RJJ-SJB

J. Higgins
50102 Alpine Blvd.
Grand Beach, MI 49117

CERTIFIED MAIL

9589 0710 5270 0947 1529 82

Retail

49503

RDC 99

U.S. POSTAGE PAID
FCM LETTER
NEW BUFFALO, MI 49117
JAN 05, 2024
$5.01
R2305H128013-06

RECEIVED (GR)
U.S. District Court Clerk
JAN 08 2024
Western Michigan

HON. ROBERT J. JONKER
399 FEDERAL BLVD.
110 MICHIGAN ST. N,W
GRAND RAPIDS MI 49503