**FILED - GR**

January 10, 2024 12:46 PM
CLERK OF COURT
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY:JMW   SCANNED BY: ᒍᵂ / ᴵⁱ/ₒ

United States District Court
Western District of Michigan
Southern Division

JP Morgan Chase Bank, N.A.,

Plaintiff,                              Case No. 1:23-cv-1112

v.

John W. Higgins and Martha R. Higgins, ET AL

Defendants

| Mark J. Magyar(P75090) | John W. Higgins |
|---|---|
| Dykema Gossett PLLC | Pro Se |
| Attorney for Plaintiff | 50102 Alpine Blvd. |
| 201 Townsend St., Suite 900 | Grand Beach, MI 49117 |
| Lansing, MI 49301 | Telephone: (312)560-9620 |
| Telephone: (616)776-7500 | jhiggins@higginsdevelopment.com |
| mmagyar@dykema.com | |

Appearance

PLEASE TAKE NOTICE that John W. Higgins, hereby enters Pro Se as counsel on behalf of The Defendant, in the above matter. Now set for January 29,2024 at 10:00 a.m..

Date: January 6, 2024

Respectfully submitted,

By: _John W. Higgins_
John W. Higgins
50102 Alpine Blvd.
Grand Beach, MI 49117
Telephone: (312)560-9620
jhiggins@higginsdevelopment.com

John and Martha Higgins
50102 Alpine Blvd.
Grand Beach, MI 49117
Tel: (312)560-9620
Email:
jhiggins@higginsdevelopmnet.com

January 6, 2024

Clerk of the
U.S. District Court
399 Federal Blvd.
110 Michigan St. N.W.
Grand Rapids, MI 49503

Re: J.P. Morgan Chase Bank, N.A. v John W. Higgins and Martha R. Higgins, ET AL
Case No. 1:23-cv-1112
Honorable Robert J. Jonker

Dear Clerk:
Enclosed for filing in the above matter is the required response to the attached order.  If you have any questions, please call me.  Thank you for your assistance.

Sincerely,

John and Martha Higgins

MJM/jlp
Enclosure
CC Via Email:  Susan Bourque, Sarah Stoner, Isabelle Dietz, Mark Magyar

J. Higgins
50102 Alpine Blvd.
Grand Beach, MI 49117



**CERTIFIED MAIL**

GRAND RAPIDS MI
8 JAN 2024 PM 6



UNITED STATES
POSTAL SERVICE®



49503

**Retail**

RDC 99

U.S. POSTAGE PAID
FCM LETTER
NEW BUFFALO, MI 49117
JAN 08, 2024

**$5.01**

R2305K132526-10

7022 0410 0002 7587 4577

Clerk of the
U.S. DISTRICT COURT
399 FEDERAL BLVD.
110 MICHIGAN ST. N.W.
GRAND RAPIDS, MI 49503

49503-230099