**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF MICHIGAN**

_____

**MINUTES**

JPMORGAN CHASE BANK, N.A.,

      Plaintiff

v.

JOHN W. HIGGINS, MARTHA R. HIGGINS, and
THE UNITED STATES OF AMERICA,

      Defendants.

_____

UNITED STATES OF AMERICA,

      Counterclaim/Crossclaim Plaintiff,

v.

JOHN W. HIGGINS and MARTHA R. HIGGINS,

      Crossclaim Defendants;

      and

JPMORGAN CHASE BANK, N.A., and
TREASURER, BERRIEN COUNTY

      Counterclaim Defendants.

**CASE NO.:**    1:23-cv-1112
**DATE:**    1/29/2024
**TIME:**    10:01 a.m. – 11:10 a.m.
**PLACE:**    Grand Rapids
**JUDGE:**    Hon. Robert J. Jonker

**<u>APPEARANCES</u>**

<u>PLAINTIFF/COUNTERCLAIM DEFENDANT (JPMORGAN):</u> Mark Magyar

<u>DEFENDANTS/CROSSCLAIM DEFENDANTS (HIGGINS):</u> John Higgins and Martha Higgins
(*pro se*)

DEFENDANT/COUNTERCLAIM DEFENDANT (UNITED STATES): Sarah Stoner

COUNTERCLAIM DEFENDANT (BERRIEN COUNTY TREASURER): Thaddeus Hackworth

## **PROCEEDINGS**

**NATURE OF HEARING:**

Rule 16 Scheduling Conference held. Parties will submit stipulation dismissing Berrien County Treasurer from the case. John and Martha Higgins confirmed that they will be proceeding *pro se*. Rule 16 Case Management Order to enter.

COURT REPORTER:        Paul Brandell              /s/ Leah Plachinski
                                                                      Law Clerk