IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| JPMORGAN CHASE BANK,<br>NATIONAL ASSOCIATION,<br><br>    Plaintiff,<br><br>v.<br><br>JOHN W. HIGGINS,<br>MARTHA R. HIGGINS; and the<br>UNITED STATES OF AMERICA,<br><br>    Defendant.<br><br>UNITED STATES OF AMERICA,<br><br>    Counterclaim/Crossclaim Plaintiff,<br><br>v.<br><br>JOHN W. HIGGINS,<br>MARTHA R. HIGGINS,<br><br>    Crossclaim Defendants<br><br>And<br><br>JPMORGAN CHASE BANK, N.A., and<br>TREASURER, BERRIEN CO., MICHIGAN<br><br>    Counterclaim Defendants. | Case No. 1:23-cv-01112<br><br>Hon. District Judge Robert J. Jonker |

**STIPULATION REGARDING DISMISSAL OF COUNTERCLAIM DEFENDANT**

**TREASURER OF BERRIEN COUNTY, MICHIGAN**

All parties in the above captioned case stipulate and agree as follows:

1. The United States, in its crossclaim and counterclaim, named the Treasurer of Berrien County, Michigan, as the local taxing authority, for her potential claim of interest in the property at issue in this case, located at 50102 Alpine Blvd., New Buffalo, MI 49117.

1

2. The United States, plaintiff JPMorgan Chase Bank, N.A., defendants John and Martha Higgins, and the Treasurer, now all agree that Treasurer of Berrien County, Michigan will not have an interest in this action and shall be dismissed.

IT IS AGREED:

DAVID A. HUBBERT
Deputy Assistant Attorney General

/s/ Sarah Stoner
SARAH STONER
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 55
Washington, D.C. 20044
T: (202) 514-1170 / F: (202) 514-5238
Sarah.Stoner@usdoj.gov
**Counsel for United States**

/s/ Mark Magyar (with permission)
MARK J. MAGYAR
Dykema Gossett PLLC
201 Townsend St., Suite 900
Lansing, MI 49301
(616) 776-7523
mmagyar@dykema.com
**Counsel for JPMorgan Chase Bank, N.A.**

/s/ Thaddeus Hackworth (with permission)
THADDEUS J. HACKWORTH
Corporate Counsel
Berrien County - Administration
701 Main St.
St. Joseph, MI 49085
(269) 983-7111 x8416
thackworth@berriencounty.org
**Counsel for Treasurer of Berrien County**

_____
John Higgins
50102 Alpine Blvd.
Grand Beach, MI 49117
(312) 560-9620
jhiggins@higginsdevelopment.com
**Pro se**

_____
Martha Higgins
50102 Alpine Blvd.
Grand Beach, MI 49117
(312) 560-9620
jhiggins@higginsdevelopment.com
**Pro se**

IT IS SO ORDERED.

Dated: _____

_____
HON. ROBERT J. JONKER
UNITED STATES DISTRICT JUDGE

2

## CERTIFICATE OF SERVICE

I certify that on February 5, 2024, I filed the foregoing document with the Court's CM/ECF system, which will cause electronic copies to be delivered to all counsel who have registered to receive such notices.

Additionally, I certify that shortly after filing the foregoing, I caused to be mailed a copy to the parties not registered with the Court's CM/ECF system:

| | |
|---|---|
| John Higgins<br>50102 Alpine Blvd.<br>Grand Beach, MI 49117 | Martha Higgins<br>50102 Alpine Blvd.<br>Grand Beach, MI 49117 |

/s/ *Sarah Stoner*
SARAH STONER
Trial Attorney, Tax Division
U.S. Department of Justice