# EXHIBIT 1

# MORTGAGE REPORT
SEE SHEET 2 FOR CERTIFICATION & DESCRIPTION



# MORTGAGE REPORT

**Surveyor's Certificate:**

On the basis of my knowledge, information and belief, I certify to ___TROTT LAW, P.C.___ the mortgagee, owner, or owner's agent, that as a result of an examination of the parcel of land described below made on the ground to the normal standard of care of Professional Land Surveyors practicing in Michigan, that all Structures occupy the position as shown.

I further certify that this Mortgage Report was prepared for identification purposes only and not intended or represented to be a land or property survey. That no property corners were set, and is not to be used or relied upon, for the establishment of any fence, building, or other improvements.

Date  6-27-19          By  _Edward C. Morse_

Edward C. Morse
Professional Surveyor
State of Michigan - No. 47966

**Furnished Description:**

Situated in the Township of New Buffalo, Berrien County, Michigan.

**Mortgage Description** - Lot 18, Alpine Valley, being a Subdivision in part of the fractional Northwest quarter of fractional Section 17, and the fractional East half of Section 18, Township 8 South, Range 21 West Village of Grand Beach, Berrien County, Michigan, according to the Plat thereof, recorded June 4, 1979 in Book 23 of Plats, Page 27.

**Tax Description** - Lots 18 and 20, Alpine Valley, being a Subdivision in part of the fractional Northwest quarter of fractional Section 17, and the fractional East half of Section 18, Township 8 South, Range 21 West Village of Grand Beach, Berrien County, Michigan, according to the Plat thereof, recorded June 4, 1979 in Book 23 of Plats, Page 27.
**ALSO**
Lot 203, New Park Addition to Grand Beach Springs, Sections 17 and 18, Township 8 South, Range 21 West, Village of Grand Beach, Berrien County, Michigan, according to the Plat thereof, recorded March 10, 1923 in Book 6 of Plats, page 48.

| MITCHELL & MORSE LAND SURVEYING | GEORGE J. MITCHELL | EDWARD C. MORSE |
|---|---|---|
| 234 VETERANS BLVD. SOUTH HAVEN, MICHIGAN 49090<br>OFFICE: (269) 637-1107   FAX: (269) 637-1907<br>A DIVISION OF MITCHELL SURVEYS, INC. | PROFESSIONAL SURVEYOR | PROFESSIONAL SURVEYOR |

| CLIENT | TROTT LAW, P.C. | | | | | | |
|---|---|---|---|---|---|---|---|
| DATE | 6-27-19 | JOB NO. | 19-618 | SHEET | 2 | OF | 2 |
| DWG. BY | J. MITCHELL | DWG. CK | | DESC. BY | | DESC. CK | |
| BEING IN THE | NE 1/4 | SECTION | 18 | ,T | 8 S. | ,R | 21 W. |
| | NEW BUFFALO | TWP. | BERRIEN | | | CO., MICHIGAN | |
| SCALE | 1"=60' | BOOK | FILE | PAGE | FILE | REVISION | |

