# EXHIBIT 5

Lora L. Freehling Register Of Deeds
Berrien County, Michigan

Rec $26.00
Remon $4.00        Recorded
Tax Crt $0.00      FEBRUARY 03, 2020  02:59:41 PM
                   Liber 3263   Page 2967 - 2968
Receipt # 664343   LLP        #2020267325



Liber 3263 Page 2967

# NOTICE OF LIS PENDENS

## STATE OF MICHIGAN

### IN THE CIRCUIT COURT FOR THE COUNTY OF BERRIEN

| | |
|---|---|
| JPMORGAN CHASE BANK, National Association, | Case No. 20-0005-CH-W |
| | Hon. Dennis W. Wiley |
| Plaintiff, | |
| v. | |
| JOHN W. HIGGINS and MARTHA R. HIGGINS, | 11-39 |
| Defendants. | |

TROTT LAW, P.C.
By: Gary Bengtson (P57250)
Attorneys for Plaintiff
31440 Northwestern Hwy., Ste. 145
Farmington Hills, MI 48334-5422
248.723.5066

TROTT LAW, P.C.
31440 NORTHWESTERN HWY
STE. 145
FARMINGTON HILLS
MI 48334-5422
PHONE 248.723.5066
FAX 248.205.4118
135240L04

TO ALL PERSONS:

PLEASE TAKE NOTICE that there is presently pending in the circuit court for the County of Berrien, State of Michigan, an action between Plaintiff, JPMorgan Chase Bank, National Association and Defendants John W. Higgins, *et al.*, involving land situated in the Township of New Buffalo, County of Berrien, State of Michigan, and is particularly described as:

Berrien County Register of Deeds
RECEIVED 2/3/2020 9:41 AM

Liber: 3263    Page: 2968    Liber/Page stamp electronically added

Lot 18, Alpine Valley, being a subdivision in part of the fractional Northwest quarter of fractional Section 17, and the fractional East half of Section 18, Township 8 South, Range 21 West, Village of Grand Beach, Berrien County, Michigan, according to the Plat thereof recorded June 4, 1979 in Book 23 of Plats, Page 27

AND

Lot 203, New Park Addition to Grand Beach Springs, Sections 17 and 19, Township 8 South, Range 21 West, Village of Grand Breach, Berrien County, Michigan, according to the Plat thereof recorded March 120, 1923 in Book 6 of Plats, Page 48.

Taxed together as Tax ID: 39-0500-0018-01-04

Commonly known as: 50102 Alpine Blvd., New Buffalo MI 49117

For further particulars you are referred to the above-mentioned circuit court and the Complaint on file in the above-entitled action. The action includes a request by the Plaintiff for foreclosure of a residential mortgage and may include requests for other equitable relief related to the property described above.

This Notice is filed in accordance with MCL 600.2701.

Respectfully Submitted,
TROTT LAW, P.C.

Dated: 1/29/20

By: Gary C. Bengtson (P57250)
Attorney for Plaintiff

TROTT LAW, P.C.
31440 NORTHWESTERN HWY
STE. 145
FARMINGTON HILLS
MI 48334-5422
PHONE 248.723.5066
FAX 248.205.4118
135240L04

Prepared by and when recorded Return to:
Gary C. Bengtson (P57250)
TROTT LAW, P.C.
31440 Northwestern Hwy., Ste. 145
Farmington Hills, MI 48334-5422
Trott 135240L04