# EXHIBIT 6



DM
cnl
IRS

| Form 668 (Y)(c) (Rev. February 2004) | 17505 | Department of the Treasury - Internal Revenue Service **Notice of Federal Tax Lien** | |
|---|---|---|---|
| **Area:** SMALL BUSINESS/SELF EMPLOYED AREA #2 Lien Unit Phone: (800) 913-6050 | | **Serial Number** 431507621 | **For Optional Use by Recording Office** |

As provided by section 6321, 6322, and 6323 of the Internal Revenue Code, we are giving a notice that taxes (including interest and penalties) have been assessed against the following-named taxpayer. We have made a demand for payment of this liability, but it remains unpaid. Therefore, there is a lien in favor of the United States on all property and rights to property belonging to this taxpayer for the amount of these taxes, and additional penalties, interest, and costs that may accrue.

Name of Taxpayer  JOHN W & MARTHA HIGGINS

Residence  50102 ALPHINE BLVD
GRAND BEACH, MI 49117

**IMPORTANT RELEASE INFORMATION:** For each assessment listed below, unless notice of the lien is refiled by the date given in column (e), this notice shall, on the day following such date, operate as a certificate of release as defined in IRC 6325(a).

| Kind of Tax (a) | Tax Period Ending (b) | Identifying Number (c) | Date of Assessment (d) | Last Day for Refiling (e) | Unpaid Balance of Assessment (f) |
|---|---|---|---|---|---|
| 1040 | 12/31/2008 | XXX-XX-7041 | 06/14/2010 | 07/14/2030 | 17290.06 |
| 1040 | 12/31/2009 | XXX-XX-7041 | 11/21/2011 | 12/21/2021 | 1165453.02 |
| 1040 | 12/31/2010 | XXX-XX-7041 | 11/28/2011 | 12/28/2021 | 1701920.04 |
| 1040 | 12/31/2011 | XXX-XX-7041 | 12/10/2012 | 01/09/2023 | 411572.64 |
| 1040 | 12/31/2016 | XXX-XX-7041 | 11/27/2017 | 12/27/2027 | 339839.02 |

Lora L. Freehling Register Of Deeds
Berrien County, Michigan
Rec $30.00
Remon $0.00       Recorded
Tax Crt $0.00   MAY 24, 2021 02:24:02 PM
Liber 3328   Page 2349 - 2349
Receipt #788888   LIEN FT   #2021317179

Liber 3328 Page 2349

Place of Filing
REGISTER OF DEEDS
BERRIEN COUNTY
ST. JOSEPH, MI 49085

Total  $  3636074.78

This notice was prepared and signed at _____DETROIT, MI_____, on this, the __14th__ day of __May__, __2021__.

Berrien County Register of Deeds
RECEIVED  5/24/2021 10:27 AM

Signature  _(signed)_  for SEAN SHAW

Title  REVENUE OFFICER  (847) 737-6383   22-16-3622

(NOTE: Certificate of officer authorized by law to take acknowledgment is not essential to the validity of Notice of Federal Tax lien Rev. Rul. 71-466, 1971 - 2 C.B. 409)

Part 1 - Kept By Recording Office

Form **668(Y)(c)** (Rev. 2-2004)
CAT. NO 60025X