UNITED STATES DISTRICT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| JPMORGAN CHASE BANK, NATIONAL ASSOCIATION<br>　　　　Plaintiff,<br>v<br><br>JOHN W. HIGGINS, MARTHA R. HIGGINS; and UNITED STATES OF AMERICA,<br>　　　　Defendants.<br><br>UNITED STATES OF AMERICA,<br><br>　　　　Counterclaim/Crossclaim Plaintiff,<br>v<br><br>JOHN W. HIGGINS, MARTHA R. HIGGINS;<br><br>　　　　Crossclaim Defendants,<br><br>　　and<br><br>JPMORGAN CHASE BANK, N.A,<br><br>　　　　Counterclaim Defendant. | Case No.  1:23-cv-01112<br><br>Hon. Robert J. Jonker<br>Magistrate Judge Sally J. Berens<br><br>**BRIEF IN SUPPORT OF PLAINTIFF JPMORGAN CHASE BANK, N.A.'S UNOPPOSED MOTION TO STRIKE EXHIBIT 7 TO SECOND AMENDED COMPLAINT [RE 33-7] AND FOR LEAVE TO FILE AMENDED EXHIBIT 7** |

　　　　Plaintiff JPMorgan Chase Bank, N.A. ("Chase"), through its counsel, Dykema Gossett PLLC, and for Brief in Support of its Unopposed Motion to Strike Exhibit 7 to its Second Amended Complaint (RE 33-7) and for Leave to File Amended Exhibit 7 relies on the facts and circumstances set forth in the above Motion as well as the records in this case.

　　　　Chase respectfully requests that this Court grant its Motion, strike Exhibit 7 of Second Amended Complaint, and allow Chase to file the Amended Exhibit 7 attached to the underlying Motion as **Exhibit A.**

                                         Respectfully submitted,

                                         DYKEMA GOSSETT, PLLC

Date: February 16, 2024

                                       By: /s/ Mark J. Magyar
                                            Mark J. Magyar (P75090)
                                            DYKEMA GOSSETT PLLC
                                            Attorneys for Plaintiff
                                            201 Townsend St., Suite 900
                                            Lansing, MI 49301
                                            Telephone:  (616) 776-7500
                                            mmagyar@dykema.com