UNITED STATES DISTRICT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| JPMORGAN CHASE BANK, NATIONAL ASSOCIATION<br>        Plaintiff,<br>v<br><br>JOHN W. HIGGINS, MARTHA R. HIGGINS; and UNITED STATES OF AMERICA,<br>        Defendants. | Case No.  1:23-cv-01112<br><br>Hon. Robert J. Jonker<br>Magistrate Judge Sally J. Berens |

UNITED STATES OF AMERICA,

        Counterclaim/Crossclaim Plaintiff,

v

JOHN W. HIGGINS, MARTHA R. HIGGINS;

        Crossclaim Defendants,

    and

JPMORGAN CHASE BANK, N.A,

        Counterclaim Defendant.

**CERTIFICATE OF W.D. MICH. LCivR 7.1(d) CONCURRENCE ATTEMPTS**

Pursuant to W.D. Mich. LCivR 7.1(d), the undersigned states on behalf of Plaintiff JPMorgan Chase Bank, NA ("Chase") that counsel for Chase sought concurrence in Caliber's UNOPPOSED MOTION TO STRIKE EXHIBIT 7 TO THE SAC AND FOR LEAVE TO FILE AMENDED EXHIBIT 7 from Defendants John and Martha Higgins. Counsel for Chase spoke to Mr. Higgins via telephone, who confirmed that the Higginses do not oppose the relief sought by Chase.

                                              Respectfully submitted,

February 16, 2024              /s/ *Mark J. Magyar*