**UNITED STATES DISTRICT**
**FOR THE WESTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

| | |
|---|---|
| JPMORGAN CHASE BANK, NATIONAL ASSOCIATION<br>　　　　Plaintiff,<br>v<br><br>JOHN W. HIGGINS, MARTHA R. HIGGINS; and UNITED STATES OF AMERICA,<br>　　　　Defendants.<br><br>UNITED STATES OF AMERICA,<br><br>　　　　Counterclaim/Crossclaim Plaintiff,<br>v<br><br>JOHN W. HIGGINS, MARTHA R. HIGGINS;<br><br>　　　　Crossclaim Defendants,<br><br>　　and<br><br>JPMORGAN CHASE BANK, N.A,<br><br>　　　　Counterclaim Defendant. | Case No.  1:23-cv-01112<br><br>Hon. Robert J. Jonker<br>Magistrate Judge Sally J. Berens<br><br>**PLAINTIFF JPMORGAN CHASE BANK, N.A.'S AMENDED UNOPPOSED MOTION TO STRIKE EXHIBIT 7 TO SECOND AMENDED COMPLAINT [RE 33-7 and RE 35-1] AND FOR LEAVE TO FILE CORRECTED AMENDED EXHIBIT 7 [RE 39]** |

　　NOW COMES Plaintiff JPMorgan Chase Bank, N.A. ("Chase"), through its counsel, Dykema Gossett PLLC, hereby amends its Motion to Strike Exhibit 7 to its Second Amended Complaint and for Leave to File Amended Exhibit 7 (RE 35) ("Motion to Strike"), and states:

　　Chase's original Motion to Strike is fully incorporated and correct in all respects except that the Proposed Amended Ex. 7 contained one more instance of an unredacted account number and, accordingly, Chase filed a Corrected Ex. A (RE 39), meaning that original Ex. A (RE 35-1), should also be stricken along with RE 33-7.

　　Chase respectfully requests that this Court grant its Motion, strike Exhibit 7 to the SAC

(RE 33-7) and strike Ex. A to the Motion to Strike (RE 35-1), and allow Chase to file the Corrected Amended Exhibit 7 (RE 39.)

Date: February 16, 2024

                Respectfully submitted,

                DYKEMA GOSSETT, PLLC

By: /s/ Mark J. Magyar
    Mark J. Magyar (P75090)
    DYKEMA GOSSETT PLLC
    Attorneys for Plaintiff
    201 Townsend St., Suite 900
    Lansing, MI 49301
    Telephone:  (616) 776-7500
    mmagyar@dykema.com