UNITED STATES DISTRICT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

_____

JPMORGAN CHASE BANK, NATIONAL ASSOCIATION

      Plaintiff,

v

JOHN W. HIGGINS, MARTHA R. HIGGINS; and UNITED STATES OF AMERICA,

      Defendants.
_____

UNITED STATES OF AMERICA,

      Counterclaim/Crossclaim Plaintiff,

v

JOHN W. HIGGINS, MARTHA R. HIGGINS;

      Crossclaim Defendants,

    and

JPMORGAN CHASE BANK, N.A,

      Counterclaim Defendant.

Case No.  1:23-cv-01112

Hon. Robert J. Jonker

Magistrate Judge Sally J. Berens

**PROOF OF SERVICE**

_____

Mark J. Magyar (P75090)
DYKEMA GOSSETT PLLC
Attorneys for Plaintiff
201 Townsend St., Suite 900
Lansing, MI 49301
Telephone:  (616) 776-7500
mmagyar@dykema.com

John Higgins, pro se
Martha Higgins, pro se
50102 Alpine Blvd.
Grand Beach, MI 49117
(312) 560-9620
jhiggins@higginsdevelopment.com

Sarah Stoner
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 55
Washington, D.C. 20044
T: (202) 514-1170 / F: (202) 514-5238
Sarah.Stoner@usdoj.gov
Counsel for United States

1

## PROOF OF SERVICE

I hereby certify that on this 19th day of February, 2024, I caused to be served via U.S. Mail Plaintiff, Corrected Exhibit re Motion to Strike ECF No. 39 and Notice re 35 Amendment Correction to Unopposed Motion ECF No. 40 and this Proof of Service:

    John Higgins
    Martha Higgins
    50102 Alpine Blvd.
    Grand Beach, MI 49117

Dated: February 19, 2024

Respectfully Submitted,

  /s/ *Mark J. Magyar*
By: Mark J. Magyar (P75090)
DYKEMA GOSSETT PLLC
Attorneys for Plaintiff JPMorgan Chase Bank, N.A.

DYKEMA GOSSETT PLLC • Capitol View, 201 Townsend Street, Suite 900, Lansing, Michigan 48933