IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JPMORGAN CHASE BANK,                )
NATIONAL ASSOCIATION,               )       Case No. 1:23-cv-01112
                                    )
    Plaintiff,                      )       Hon. District Judge Robert J. Jonker
                                    )       Magistrate Judge Sally J. Berens
    v.                              )
                                    )
JOHN W. HIGGINS,                    )
MARTHA R. HIGGINS; and the          )
UNITED STATES OF AMERICA,           )
                                    )
    Defendants.                     )
                                    )
UNITED STATES OF AMERICA,           )
                                    )
    Counterclaim/Crossclaim Plaintiff,  )
                                    )
    v.                              )
                                    )
JOHN W. HIGGINS and                 )
MARTHA R. HIGGINS,                  )
                                    )
    Crossclaim Defendants,          )
                                    )
    And                             )
                                    )
JPMORGAN CHASE BANK, N.A.,          )
                                    )
    Counterclaim Defendant.         )

## UNITED STATES' CERTIFICATE OF CONCURRENCE

In compliance with W.D. Mich. LCivR 7.1(d), I certify that on February 23, 2024, I conferred by phone to ask if the Higginses, pro se litigants, objected to the United States' request for an exemption from having a person with full settlement authority attend the March 5th early settlement conference. Further, I certify that on February 26, 2024, I conferred by phone with the following party regarding the same:

1

Mark J. Magyar
DYKEMA GOSSETT PLLC
Attorney for JPMorgan Chase Bank, N.A.
201 Townsend St., Suite 900
Lansing, MI 49301
mmagyar@dykema.com

     Neither Mr. Magyar nor the Higginses raised any opposition.

*/s/ Sarah Stoner*
SARAH STONER
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 55
Washington, D.C. 20044
202-514-1170 (v) / 202-514-5238 (f)
Sarah.Stoner@usdoj.gov
