IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | | |
|---|---|---|
| JPMORGAN CHASE BANK, NATIONAL ASSOCIATION, | ) ) ) | Case No. 1:23-cv-01112 |
| Plaintiff, | ) ) | Hon. District Judge Robert J. Jonker |
| v. | ) ) | Magistrate Judge Sally J. Berens |
| JOHN W. HIGGINS, MARTHA R. HIGGINS; and the UNITED STATES OF AMERICA, | ) ) ) ) | |
| Defendants. | ) ) | |
| UNITED STATES OF AMERICA, | ) ) | |
| Counterclaim/Crossclaim Plaintiff, | ) ) | |
| v. | ) ) | |
| JOHN W. HIGGINS and MARTHA R. HIGGINS, | ) ) ) | |
| Crossclaim Defendants, | ) ) | |
| And | ) ) | |
| JPMORGAN CHASE BANK, N.A., | ) ) | |
| Counterclaim Defendant. | ) | |

**UNITED STATES' CERTIFICATE OF COMPLIANCE REGARDING WORD COUNT**

I certify that the length of the Brief in Support of United States' Request for Exemption from Having a Person with Full Settlement Authority Attend the March 5th Early Settlement Conference, including headings, footnotes, citations, and quotations, does not exceed the four-thousand-three-hundred-word limit as required under W.D. Mich. LCivR 7.3(b).

The word-count application reads 3,649 words. The word processing software used is Microsoft Word, version 2401.

<u>/s/ Sarah Stoner</u>
SARAH STONER
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 55
Washington, D.C. 20044
202-514-1170 (v) / 202-514-5238 (f)
Sarah.Stoner@usdoj.gov