UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JPMORGAN CHASE BANK, NATIONAL ASSOCIATION,

       Plaintiff,                           Case No. 1:23–cv–01112–RJJ–SJB

  v.                                     Hon. Robert J. Jonker

JOHN W. HIGGINS, et al.,

       Defendants.
_____/

## ORDER

      This matter is before the Court on United States' Request for Exemption from Having a Person with Full Settlement Authority Attend the March 5th "Early Settlement Conference" (ECF No. 43). Upon review of the motion and related filings, the motion (ECF No. 43) is granted. The lead trial attorney's attendance is sufficient representation with the assurance that she can reach a person with settlement authority if necessary.

      IT IS SO ORDERED.

Dated: February 27, 2024                                /s/ Sally J. Berens
                                                            SALLY J. BERENS
                                                             U.S. Magistrate Judge