UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JPMORGAN CHASE BANK, NATIONAL
ASSOCIATION,

      Plaintiff,                         Case No. 1:23–cv–01112–RJJ–SJB

  v.                                     Hon. Robert J. Jonker

JOHN W. HIGGINS, et al.,

      Defendants.
_____/

## NOTICE OF HEARING CANCELLATION

      The Early Settlement Conference set in this matter for **March 5, 2024** is hereby **CANCELLED. The hearing shall be rescheduled to a date to be determined.**

                                             U.S. Magistrate Judge

Dated:  March 5, 2024        By:   /s/ Julie Lenon_____
                                           Judicial Assistant