UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JPMORGAN CHASE BANK, NATIONAL
ASSOCIATION,

       Plaintiff,                        Case No. 1:23–cv–01112–RJJ–SJB

  v.                                    Hon. Robert J. Jonker

JOHN W. HIGGINS, et al.,

       Defendants.
_____/

## NOTICE OF HEARING

TAKE NOTICE that a hearing has been scheduled as set forth below:

Type of hearing(s):   Early Settlement Conference
Date/Time:   March 28, 2024   09:15 AM
Magistrate Judge:   Sally J. Berens
Place/Location:   by video

*Videoconference information previously filed will remain the same (ECF No. 30).*

                                     SALLY J. BERENS
                                     U.S. Magistrate Judge

Dated:  March 5, 2024        By:     /s/ Julie Lenon_____
                                             Judicial Assistant