IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| JPMORGAN CHASE BANK, NATIONAL ASSOCIATION, | ) ) ) Case No. 1:23-cv-01112 |
| Plaintiff, | ) ) Hon. District Judge Robert J. Jonker ) Magistrate Judge Sally J. Berens |
| v. | ) ) |
| JOHN W. HIGGINS, MARTHA R. HIGGINS; and the UNITED STATES OF AMERICA, | ) ) ) ) |
| Defendants. | ) ) |
| UNITED STATES OF AMERICA, | ) ) |
| Counterclaim/Crossclaim Plaintiff, | ) ) |
| v. | ) ) |
| JOHN W. HIGGINS and MARTHA R. HIGGINS, | ) ) ) |
| Crossclaim Defendants, | ) ) |
| And | ) ) |
| JPMORGAN CHASE BANK, N.A., | ) ) |
| Counterclaim Defendant. | ) |

**UNITED STATES' CERTIFICATE OF SERVICE**

I certify that on March 8, 2024, I electronically filed *Defendant United States of America's Answer to Plaintiff's Second Amended Complaint with Crossclaim and Counterclaim* with the Court, notice of which will be sent electronically via the Court's CM/ECF system to all parties registered to receive electronic notification.

1

In addition, shortly after filing, I caused to be mailed upon the next business day a copy of the above-mentioned filing to the following parties identified as not registered with the Court's CM/ECF system:

| | |
|---|---|
| John Higgins, pro se<br>50102 Alpine Blvd.<br>Grand Beach, MI 49117 | Martha Higgins, pro se<br>50102 Alpine Blvd.<br>Grand Beach, MI 49117 |

/s/ Sarah Stoner
SARAH STONER
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 55
Washington, D.C. 20044
202-514-1170 (v) / 202-514-5238 (f)
Sarah.Stoner@usdoj.gov