**UNITED STATES DISTRICT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

---

JPMORGAN CHASE BANK, NATIONAL
ASSOCIATION

               Plaintiff,

v

JOHN W. HIGGINS, MARTHA R. HIGGINS; and
UNITED STATES OF AMERICA,

               Defendants.

Case No.  1:23-cv-01112

Hon. Robert J. Jonker
Magistrate Judge Sally J.
Berens

---

UNITED STATES OF AMERICA,

               Counterclaim/Crossclaim Plaintiff,

v

JOHN W. HIGGINS, MARTHA R. HIGGINS;

               Crossclaim Defendants,

     and

JPMORGAN CHASE BANK, N.A,

               Counterclaim Defendant.

---

**CHASE'S CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.2(b)(ii)**

     I hereby certify that the body of the BRIEF IN SUPPORT OF PLAINTIFF JPMORGAN

CHASE BANK, N.A.'S MOTION PURSUANT TO FRCP 12(c) FOR PARTIAL JUDGMENT

ON THE PLEADINGS AS TO COUNT I OF ITS SECOND AMENDED COMPLAINT

AGAINST DEFENDANT HIGGINSES FOR JUDICIAL FORECLOSURE complies with Local

Rule 7.2(b)(i) because it contains 2,045 words. I further certify that, in preparing the foregoing,

Microsoft Word Office 365 ProPlus Version 16.0.12527.21986 was used, and that this word

processing program was applied specifically to include all text, headings, footnotes, citations, and

quotations in the word count.

DYKEMA GOSSETT PLLC

By: */s/ Mark J. Magyar*
  Mark J. Magyar (P75090)
  DYKEMA GOSSETT PLLC
  Attorneys for Plaintiff JPMorgan Chase Bank,
  N.A.
  201 Townsend St., Suite 900
  Lansing, MI 48933
  616-776-7523
Dated: March 15, 2024  MMagyar@dykema.com

<u>**CERTIFICATE OF SERVICE**</u>

   I hereby certify that on March 15, 2024, I electronically filed the foregoing certificate with

the Clerk of the Court using the ECF system.

   A copy of this document was served by First-Class mail, postage prepaid, along with a

courtesy copy via email, to the following:

> John Higgins, pro se
> Martha Higgins, pro se
> 50102 Alpine Blvd.
> Grand Beach, MI 49117
> (312) 560-9620
> jhiggins@higginsdevelopment.com

Dated: March 15, 2024    /s/ Mark J. Magyar

          Mark J. Magyar (P75090)
          DYKEMA GOSSETT PLLC
          Attorneys for Plaintiff
          201 Townsend St., Suite 900
          Lansing, MI 49301
          Telephone:  (616) 776-7500
          mmagyar@dykema.com