UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JPMORGAN CHASE BANK, N.A.,

    Plaintiff and Counter-Defendant,

v.

JOHN W. HIGGINS and MARTHA R. HIGGINS,

    Defendants and Cross-Defendants; and

THE UNITED STATES OF AMERICA,

    Defendant, Counter-Claimant and Cross-Claimant.

_____/

Case No. 1:23-cv-1112

HON. ROBERT J. JONKER

## NOTICE

On March 15, 2024, JPMorgan Chase Bank filed a Motion for Partial Judgment on the Pleadings as to Count 1 of its Second Amended Complaint against Defendant Higginses for Judicial Foreclosure. All briefs in response to the motion must be filed within twenty-eight (28) days after service of the motion. W.D. Mich. LCivR 7.2(c).  If no responsive briefs are filed, the Court will decide the motion on the available record.

Dated:  March 18, 2024

/s/ Robert J. Jonker
ROBERT J. JONKER
UNITED STATES DISTRICT JUDGE