# UNITED STATES DISTRICT
## FOR THE WESTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

_____

| | |
|---|---|
| JPMORGAN CHASE BANK, NATIONAL ASSOCIATION | Case No.  1:23-cv-01112 |
| Plaintiff, | Hon. Robert J. Jonker |
| v | Magistrate Judge Sally J. Berens |
| JOHN W. HIGGINS, MARTHA R. HIGGINS; and UNITED STATES OF AMERICA, | **PROOF OF SERVICE** |
| Defendants. | |

_____

UNITED STATES OF AMERICA,

    Counterclaim/Crossclaim Plaintiff,

v

JOHN W. HIGGINS, MARTHA R. HIGGINS;

     Crosslaim Defendants,

    and

JPMORGAN CHASE BANK, N.A,

    Counterclaim Defendant.

_____

| | |
|---|---|
| Mark J. Magyar (P75090)<br>DYKEMA GOSSETT PLLC<br>Attorneys for Plaintiff<br>201 Townsend St., Suite 900<br>Lansing, MI 49301<br>Telephone:  (616) 776-7500<br>mmagyar@dykema.com | John Higgins, pro se<br>Martha Higgins, pro se<br>50102 Alpine Blvd.<br>Grand Beach, MI 49117<br>(312) 560-9620<br>jhiggins@higginsdevelopment.com<br><br>Sarah Stoner<br>Trial Attorney, Tax Division<br>U.S. Department of Justice<br>P.O. Box 55<br>Washington, D.C. 20044<br>T: (202) 514-1170 / F: (202) 514-5238<br>Sarah.Stoner@usdoj.gov<br>Counsel for United States |

1

_____

**PROOF OF SERVICE**
_____

I hereby certify that on this 18th day of March, 2024, I caused to be served via U.S. Mail Plaintiff JPMorgan Chase Bank, N.A.'s Answer To Counterclaim and this Proof of Service:

> John Higgins
> Martha Higgins
> 50102 Alpine Blvd.
> Grand Beach, MI 49117

Dated: March 18, 2024

Respectfully Submitted,

__/s/ *Mark J. Magyar*_____
By: Mark J. Magyar (P75090)
DYKEMA GOSSETT PLLC
Attorneys for Plaintiff JPMorgan Chase Bank, N.A.