UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

# MINUTES

| Case Number | Date | Time | Judge |
|---|---|---|---|
| 1:23-cv-01112-RJJ | 3/5/2024 | 9:15 AM – 12:06 PM | Sally J. Berens |

**CASE CAPTION**

| |
|---|
| JPMorgan Chase Bank, National Association v. Higgins et al |

**APPEARANCES**

| Attorney: | Representing: |
|---|---|
| Mark John Magyar | Plaintiff/Counter-Defendant JPMorgan Chase Bank, National Association |
| Pro Se | Defendant/Cross-Defendant John W. Higgins |
| Pro Se | Defendant/Cross-Defendant Martha R. Higgins |
| Sarah Stoner | Defendant/Cross-Claimant/Counter-Claimant United States of America |

**PROCEEDINGS**

**NATURE OF HEARING:** Early Settlement Conference held; to be continued.

Proceedings Not Recorded
Deputy Clerk: J. Norton