UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JPMORGAN CHASE BANK, NATIONAL
ASSOCIATION,

       Plaintiff,                        Case No. 1:23–cv–01112–RJJ–SJB

  v.                                    Hon. Robert J. Jonker

JOHN W. HIGGINS, et al.,

       Defendants.
_____/

## NOTICE OF HEARING

TAKE NOTICE that a hearing has been scheduled as set forth below:

Type of hearing(s):   Early Settlement Conference
Date/Time:             April 17, 2024   09:15 AM
Magistrate Judge:    Sally J. Berens
Place/Location:       by video

*By April 12, 2024, the parties shall e-mail updates to their confidential settlement letters to berensmediation@miwd.uscourts.gov.*

                                            SALLY J. BERENS
                                            U.S. Magistrate Judge

Dated:  April 1, 2024         By:     /s/ Julie Lenon_____
                                              Judicial Assistant