**FILED - GR**
April 12, 2024 11:37 AM
CLERK OF COURT
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY:JMW   SCANNED BY: ___ 4-12

**UNITED STATES DISTRICT**
**FOR THE WESTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

JP MORGAN CHASE BANK NATIONAL
ASSOSIATION

        Plaintiff,

V

JOHN W. HIGGINS, MARTHA R. HIGGINS; AND
UNITED STATES OF AMERICA,

        Defendants.

Case No. 1:23-cv-01112

Hon. Robert J. Jonker

Magistrate Judge Sally J. Berens

UNITED STATES OF AMERICA,

        Counterclaim/Crossclaim Plaintiff,

V

JOHN W. HIGGINS, MARTHA HIGGINS;

        Crossclaim Defendants,

        And

JPMORGAN CHASE BANK, N.A.

        Counterclaim Defendant.

**DEFENDANT HIGGINSES RESPONSE TO PLAINTIFF'S MOTION PURSUANT TO**
**FRCP 12(c) FOR PARTIAL JUDGEMENT ON THE PLEADINGS AS TO COUNT I OF**
**ITS SECOND AMENDED COMPLAINT AGAINST DEFENDANT HIGGINSES FOR**
**JUDICIAL FORECLOSURE**

Plaintiff JPMorgan Chase Bank, N.A., by counsel, Dykema Gossett PLLC,

moves under Fed. R. Civ. P. 12(c) for partial judgment on the pleadings as to

Count 1 of Chase's Second Amended Complaint (SAC) seeking judicial foreclosure

As to Lot 18 under Chase's mortgage because Defendants John and Martha

Higgins admit in their Answer all materials facts regarding the validity and

enforceability of Chase's mortgage, Chase's interest in Lot 18 of the Property

as legally described in the mortgage, the Higginses' default on their loan, and

Chase's entitlement to foreclose.  Pursuant to Local Rule 7.1 (d) on March 15, 2024,

the undersigned contacted Defendant John Higgins by telephone to seek

concurrence in this Motion, and concurrence was denied. For the reasons

explained in the accompanying brief in support, Plaintiff JPMorgan Chase

Bank, N.A. Respectfully requests that the Court grant this motion, enter Partial

Judgment on the Pleadings in favor of Chase as to Count 1, and grant Chase such

other relief that the Court deems proper.

To the extent the Court grants this motion and enters judgment on the

pleadings for Chase as to Count 1 of the SAC, Chase reserves the right to

submit a proposed Judgment of Foreclosure.

**RESPONSE**

The Higgins  do not admit to the validity and enforceability of Chase's mortgage,

and Chase's interest in Lot 18 of the property as legally described in the mortgage.

The Higgins  are not current on their principle and interest payments. This may

not be a default on their loan.  The Higgins do not agree that Chase is entitled to

foreclose.

For the reasons explained in the accompanying answers, Defendants

John and Martha Higgins respectfully request that the Court deny this motion

Regarding Count 1, and allow all three counts in the SAC to be litigated together.

Respectfully submitted:                          April 9,2024

John W. Higgins

Martha R. Higgins

50102 Alpine Blvd.

Grand Beach, MI 49117

jhiggins@higginsdevelopment.com



Retail





RDC 99

0947 1577 10



U.S. POSTAGE PAID
FCM LG ENV
NEW BUFFALO, MI 49117
APR 09, 2024

R2305H128013-06

U.S. DISTRICT COURT
RAL BLVD.
AN ST. N.W.
PIDS, MI 49503

J. Higgins
50102 Alpine Blvd.
Grand Beach, MI 49117



CERTIFI

9589 0710 527C

CLERK of
899 FEDE
110 MICHI
GRAND RA