# UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF MICHIGAN
# MINUTES

| Case Number | Date | Time | Judge |
|---|---|---|---|
| 1:23-cv-01112-RJJ | 4/17/2024 | 9:15 AM – 10:35 AM | Sally J. Berens |

### CASE CAPTION

| |
|---|
| JPMorgan Chase Bank, National Association v. Higgins et al |

### APPEARANCES

| Attorney: | Representing: |
|---|---|
| Mark John Magyar | Plaintiff/Counter-Defendant JPMorgan Chase Bank, National Association |
| Pro Se | Defendant/Cross-Defendant John W. Higgins |
| Pro Se | Defendant/Cross-Defendant Martha R. Higgins |
| Sarah Stoner | Defendant/Cross-Claimant/Counter-Claimant United States of America |

### PROCEEDINGS

**NATURE OF HEARING:** Continued Early Settlement Conference held; settlement negotiations to continue.

Proceedings Digitally Recorded
Deputy Clerk: J. Norton