UNITED STATES DISTRICT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| JPMORGAN CHASE BANK, NATIONAL ASSOCIATION<br><br>Plaintiff,<br>v<br><br>JOHN W. HIGGINS, MARTHA R. HIGGINS; and UNITED STATES OF AMERICA,<br><br>Defendants. | Case No.  1:23-cv-01112<br><br>Hon. Robert J. Jonker<br>Magistrate Judge Sally J. Berens |

UNITED STATES OF AMERICA,

    Counterclaim/Crossclaim Plaintiff,

v

JOHN W. HIGGINS, MARTHA R. HIGGINS;

    Crossclaim Defendants,

  and

JPMORGAN CHASE BANK, N.A,

    Counterclaim Defendant.

### CHASE'S CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.2(b)(ii)

I hereby certify that the body of the REPLY BRIEF IN SUPPORT OF PLAINTIFF JPMORGAN CHASE BANK, N.A.'S MOTION PURSUANT TO FRCP 12(c) FOR PARTIAL JUDGMENT ON THE PLEADINGS AS TO COUNT I OF ITS SECOND AMENDED COMPLAINT AGAINST DEFENDANT HIGGINSES FOR JUDICIAL FORECLOSURE complies with Local Rule 7.2(c) because it contains 1,458 words. I further certify that, in preparing the foregoing, Microsoft Word Office 365 ProPlus Version 16.0.12527.21986 was used, and that

this word processing program was applied specifically to include all text, headings, footnotes, citations, and quotations in the word count.

DYKEMA GOSSETT PLLC

By: */s/ Mark J. Magyar*
Mark J. Magyar (P75090)
DYKEMA GOSSETT PLLC
Attorneys for Plaintiff JPMorgan Chase Bank, N.A.
201 Townsend St., Suite 900
Lansing, MI 48933
616-776-7523
MMagyar@dykema.com

Dated: April 18, 2024

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 18, 2024, I electronically filed the foregoing certificate with the Clerk of the Court using the ECF system.

A copy of this document was served by First-Class mail, postage prepaid, along with a courtesy copy via email, to the following:

> John Higgins, pro se
> Martha Higgins, pro se
> 50102 Alpine Blvd.
> Grand Beach, MI 49117
> (312) 560-9620
> jhiggins@higginsdevelopment.com

Dated: April 18, 2024                                   /s/ Mark J. Magyar

Mark J. Magyar (P75090)
DYKEMA GOSSETT PLLC
Attorneys for Plaintiff
201 Townsend St., Suite 900
Lansing, MI 49301
Telephone:  (616) 776-7500
mmagyar@dykema.com
