**FILED - GR**
May 13, 2024 12:35 PM
CLERK OF COURT
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY:JMW  SCANNED BY: JW / 5-13

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| JPMORGAN CHASE BANK, NATIONAL ASSOCIATION, | Case No. 1:23-cv-01112 |
| Plaintiff, | Hon. District Judge Robert J. Jonker |
| | Magistrate Judge Sally J. Berens |
| v. | |
| JOHN W. HIGGINS, MARTHA R. HIGGINS; and the UNITED STATES OF AMERICA, | |
| Defendants. | |
| UNITED STATES OF AMERICA, | |
| Counterclaim/Crossclaim Plaintiff, | |
| v. | |
| JOHN W. HIGGINS and MARTHA R. HIGGINS, | |
| Crossclaim Defendants, | |
| And | |
| JPMORGAN CHASE BANK, N.A., | |
| Counterclaim Defendant. | |

**DEFENDANT JOHN AND MARTHA HIGGINS REQUEST FOR EXTENSION REGARDING INITIAL DISCLOSURES**

Defendants John and Martha Higgins request an extension on their disclosures pursuant to Rule 26 (a) to June 7, 2024. The Defendants request the extension to locate files which pertain to the property, loan and income tax information.

1

Dated: May 9, 2024               Respectfully Submitted,

By: /s/ John W. Higgins

John W. Higgins

By: /s/ Martha R. Higgins

Martha R. Higgins

2






ENVELOPE TO THE RIGHT, FOLD AT DOTTED LINE
D MAIL®

0 0947 1591 27

Retail

49503

RDC 99

U.S. POSTAGE PAID
FCM LG ENV
NEW BUFFALO, MI 49117
MAY 10, 2024

$6.03

S2324D500717-06

U.S. DISTRICT COURT
RAL BLVD.
GAN ST. N.W.
APIDS, MI 49503

J. Higgins
50102 Alpine Blvd.
Grand Beach, MI 49117



CLERK OF
399 FEDE
110 MICHI
GRAND R