UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JPMORGAN CHASE BANK, N.A.,

    Plaintiff and Counter-Defendant,

v.

JOHN W. HIGGINS and MARTHA R. HIGGINS,

    Defendants and Cross-Defendants; and

THE UNITED STATES OF AMERICA,

    Defendant, Counter-Claimant and Cross-Claimant.

Case No. 1:23-cv-1112

HON. ROBERT J. JONKER

_____/

## ORDER

Defendants John and Martha Higgins move for extension of their Rule 26(a) disclosure deadline. ECF No. 77. The deadline of April 12, 2024, passed a month before the Higginses moved for the extension on May 13, 2024. The Court had set the April 12 deadline in a CMO entered January 31, 2024. ECF No. 29. There has been more than enough time for the Higginses to prepare meaningful Rule 26(a) disclosures. The Court does not find good cause for an extension under Rules 6(b)(1)(A) or 16(b)(4). Nor does the Court find any basis for excusable neglect under Rule 6(b)(1)(B) to justify relief requested more than a month after compliance was due.

Accordingly, the Motion is **DENIED**.

Dated: May 14, 2024                 /s/ Robert J. Jonker
                                                      ROBERT J. JONKER
                                                      UNITED STATES DISTRICT JUDGE