UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| JPMORGAN CHASE BANK, NATIONAL ASSOCIATION, | ) ) ) Case No. 1:23-cv-01112 |
| Plaintiff, | ) ) Hon. District Judge Robert J. Jonker |
| v. | ) ) ) |
| JOHN W. HIGGINS, MARTHA R. HIGGINS; and the UNITED STATES OF AMERICA, | ) ) ) ) |
| Defendants. | ) ) |
| UNITED STATES OF AMERICA, | ) ) |
| Counterclaim/Crossclaim Plaintiff, | ) ) |
| v. | ) ) |
| JOHN W. HIGGINS, MARTHA R. HIGGINS; | ) ) ) |
| Crossclaim Defendants, | ) ) |
| And | ) ) |
| JPMORGAN CHASE BANK, N.A., | ) ) |
| Counterclaim Defendant. | ) |

**UNITED STATES' CERTIFICATE OF SERVICE OF
INTERROGATORIES AND REQUESTS FOR PRODUCTION UPON
JOHN AND MARTHA HIGGINS**

In accordance with W.D. Mich. LCivR 5.3(a), I hereby certify that on June 12, 2024, I served 1) *United States' First Set of Interrogatories to Defendants John and Martha Higgins*; and 2) *United States' First Requests for Production of Documents and ESI to Defendants John and Martha Higgins* upon the following by U.S. mail and email:

1

2

| | |
|---|---|
| John Higgins, pro se<br>50102 Alpine Blvd.<br>Grand Beach, MI 49117<br>jhiggins@higginsdevelopment.com | Martha Higgins, pro se<br>50102 Alpine Blvd.<br>Grand Beach, MI 49117<br>jhiggins@higginsdevelopment.com |

Mark J. Magyar (Served only by email)
Counsel for JPMorgan Chase Bank, N.A.
Dykema Gossett PLLC
201 Townsend St., Suite 900
Lansing, MI 49301
(616) 776-7523
mmagyar@dykema.com

*/s/ Sarah Stoner* _
SARAH STONER
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 55
Washington, D.C.  20044
202-514-1170 (v) / 202-514-5238 (f)
Sarah.Stoner@usdoj.gov