UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

FILED - GR
July 15, 2024 1:35 PM
CLERK OF COURT
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY: KB  SCANNED BY: KB 7/15

| | |
|---|---|
| JPMORGAN CHASE BANK, NATIONAL ASSOCIATION, | Case No. 1:23-cv-01112 |
| Plaintiff, | Hon. District Judge Robert J. Jonker |
| v. | |
| JOHN W. HIGGINS, MARTHA R. HIGGINS; and the UNITED STATES OF AMERICA, | |
| Defendants. | |
| UNITED STATES OF AMERICA, | |
| Counterclaim/Crossclaim Plaintiff, | |
| v. | |
| JOHN W. HIGGINS and MARTHA R. HIGGINS, | |
| Crossclaim Defendants, | |
| And | |
| JPMORGAN CHASE BANK, N.A., | |
| Counterclaim Defendant. | |

**DEFENDANT JOHN AND MARTHA HIGGINS CERTIFICATE OF SERVICE OF RESPONSE TO UNITED STATES' INTERROGATORIESAND REQUESTS FOR PRODUCTION**

Defendants John and Martha Higgins hereby certify that responses to United States' First Set of Interrogatories and Production of Documents and ESI were sent via Federal Express on July 9, 2024.

1

Dated: July 9, 2024                    Respectfully Submitted,

By: _____
John W. Higgins

By: _____
Martha R. Higgins



Address:   34 W ERIE ST
           CHICAGO
           IL 60654
Location:  GYYKD
Device ID: -BTC02
Transaction: 940397394796

**FedEx Standard Overnight**
Tracking Number:
276868415907    6.75 lb (S)    69.60
    Declared Value   0
Recipient Address:
    US DEPT OF JUSTICE
    ATTN: SARAH STONER, CIVIL TRIAL SEC
    1275 1ST ST NE, RM 9616
    NORTHERN REGION, 1 CONSTITUTION SQ
    Washington, DC 20002
    9999999999

Scheduled Delivery Date 7/10/2024

Pricing option:
    ONE RATE

Package Information:
    FedEx Medium Box

            Shipment subtotal:    $69.60

                   Total Due:    $69.60

