UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| JPMORGAN CHASE BANK, NATIONAL ASSOCIATION, | Case No. 1:23-cv-01112 |
| Plaintiff, | Hon. District Judge Robert J. Jonker |
| | Magistrate Judge Sally J. Berens |
| v. | |
| JOHN W. HIGGINS, MARTHA R. HIGGINS; and the UNITED STATES OF AMERICA, | |
| Defendants. | |
| UNITED STATES OF AMERICA, | |
| Counterclaim/Crossclaim Plaintiff, | |
| v. | |
| JOHN W. HIGGINS, MARTHA R. HIGGINS; | |
| Crossclaim Defendants, | |
| And | |
| JPMORGAN CHASE BANK, N.A., | |
| Counterclaim Defendant. | |

**NOTICE OF ATTACHED SETTLEMENT AGREEMENT BETWEEN UNITED STATES AND JPMORGAN CHASE BANK, N.A.**

The United States notifies the Court of the attached Settlement Agreement which counsel for JPMorgan Chase Bank, N.A. has authorized to be signed for him. The United States will be referring to the agreement in its motion for summary judgment against John W. and Martha R. Higgins.

*/s/ Sarah Stoner*
SARAH STONER

1

Trial Attorney, Tax Division  
U.S. Department of Justice  
P.O. Box 55  
Washington, D.C. 20044  
202-514-1170 (v) / 202-514-5238 (f)  
Sarah.Stoner@usdoj.gov