UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| JPMORGAN CHASE BANK, NATIONAL ASSOCIATION, | Case No. 1:23-cv-01112 |
| Plaintiff, | Hon. District Judge Robert J. Jonker |
| v. | |
| JOHN W. HIGGINS, MARTHA R. HIGGINS; and the UNITED STATES OF AMERICA, | |
| Defendants. | |
| UNITED STATES OF AMERICA, | |
| Counterclaim/Crossclaim Plaintiff, | |
| v. | |
| JOHN W. HIGGINS, MARTHA R. HIGGINS; | |
| Crossclaim Defendants, | |
| And | |
| JPMORGAN CHASE BANK, N.A., | |
| Counterclaim Defendant. | |

**CERTIFICATE OF SERVICE FOR
UNITED STATES' MOTION FOR SUMMARY
JUDGMENT AND SUPPORTING BRIEF**

I certify that on August 15, 2024, I electronically filed *United States' Motion for Summary Judgment* and the accompanying *Brief in Support of United States' Motion for Summary Judgment* with the Court, notice of which will be sent electronically via the Court's CM/ECF system to all parties registered to receive electronic notification.

1

In addition, on August 15, 2024, I caused to be mailed a copy of the above-mentioned filings to the following parties identified as not registered with the Court's CM/ECF system, and as a courtesy, emailed a copy to jhiggins@higginsdevelopment.com.

| | |
|---|---|
| John Higgins, pro se<br>50102 Alpine Blvd.<br>Grand Beach, MI 49117 | Martha Higgins, pro se<br>50102 Alpine Blvd.<br>Grand Beach, MI 49117 |

*/s/ Sarah Stoner*
SARAH STONER
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 55
Washington, D.C. 20044
202-514-1170 (v) / 202-514-5238 (f)
Sarah.Stoner@usdoj.gov