UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| JPMORGAN CHASE BANK, NATIONAL ASSOCIATION, | Case No. 1:23-cv-01112 |
| Plaintiff, | Hon. District Judge Robert J. Jonker |
| v. | Magistrate Judge Sally J. Berens |
| JOHN W. HIGGINS, MARTHA R. HIGGINS; and the UNITED STATES OF AMERICA, | |
| Defendants. | |
| UNITED STATES OF AMERICA, | |
| Counterclaim/Crossclaim Plaintiff, | |
| v. | |
| JOHN W. HIGGINS, MARTHA R. HIGGINS; | |
| Crossclaim Defendants, | |
| And | |
| JPMORGAN CHASE BANK, N.A., | |
| Counterclaim Defendant. | |

**NOTICE OF FILING PROPOSED FINAL JUDGMENT**

In accordance with the Court's Order in ECF No. 93, the United States and JPMorgan Chase Bank, N.A. submit a proposed Final Judgment for entry, included as an attachment to this notice.

[SIGNATURE BLOCKS ON NEXT PAGE]

| | |
|---|---|
| DAVID A. HUBBERT<br>Deputy Assistant Attorney General<br><br>*/s/  Sarah Stoner*<br>SARAH STONER<br>Trial Attorney, Tax Division<br>U.S. Department of Justice<br>P.O. Box 55<br>Washington, D.C. 20044<br>T: (202) 514-1170 / F: (202) 514-5238<br>Sarah.Stoner@usdoj.gov<br>**Counsel for United States** | */s/  Mark Magyar* (with permission)<br>MARK J. MAGYAR<br>Dykema Gossett PLLC<br>201 Townsend St., Suite 900<br>Lansing, MI 49301<br>(616) 776-7523<br>mmagyar@dykema.com<br>**Counsel for JPMorgan Chase Bank, N.A.** |

Certificate of Service

I certify that on October 28, 2024, I electronically filed the above *Notice of Filing Proposed Final Judgment* and attached proposed final judgment, with the Court, notice of which will be sent electronically via the Court's CM/ECF system to all parties registered to receive electronic notification.

In addition, on October 28, 2024, I caused to be mailed a copy of the above-mentioned filing to the following parties identified as not registered with the Court's CM/ECF system, and as a courtesy, emailed a copy to jhiggins@higginsdevelopment.com.

| | |
|---|---|
| John Higgins, pro se<br>50102 Alpine Blvd.<br>Grand Beach, MI 49117 | Martha Higgins, pro se<br>50102 Alpine Blvd.<br>Grand Beach, MI 49117 |

*/s/ Sarah Stoner*
SARAH STONER
Trial Attorney, Tax Division
U.S. Department of Justice