UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JP MORGAN CHASE BANK, N.A.,

    Plaintiff and Counter-Defendant,

v.

JOHN W. HIGGINS and MARTHA R. HIIGGINS,

    Defendants and Cross-Defendants; and

THE UNITED STATES OF AMERICA,

    Defendant, Counter-Claimant,
    and Cross-Claimant.

CASE NO. 1:23-cv-1112

HON. ROBERT J. JONKER

## **ORDER**

JP Morgan Chase Bank, N.A., and John W. Higgins and March R. Higgins shall respond to the United States of America's motion to appoint receiver (ECF No. 96) no later than **March 27, 2025**.

**IT IS SO ORDERED**.

Dated:  March 3, 2025              /s/ Robert J. Jonker
                                                   ROBERT J. JONKER
                                                   UNITED STATES DISTRICT JUDGE