FILED - GR
March 26, 2025 11:10 AM
CLERK OF COURT
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY:JMW  SCANNED BY: ___/3/26

# UNITED STATES DISTRICT

## FOR THE WESTERN DISTRICT OF MICHIGAN

## SOUTHERN DIVISION

---

JP MORGAN CHASE BANK NATIONAL ASSOSIATION          Case No. 1:23-cv-01112

    Plaintiff and Counter-Defendant,          Hon. Robert J. Jonker

V

JOHN W. HIGGINS, MARTHA R. HIGGINS,

    Defendants and Cross-Defendants; and


UNITED STATES OF AMERICA,

    Defendant, Counter-Claimant, and Cross-Claimant

---

### RESPONSE TO UNITED STATES' MOTION TO APPOINT RECEVIER

John and Martha Higgins have no response to the United States motion to appoint receiver.


Dated: March 24, 2025                         Respectfully Submitted,


                                                                                     By: _____

                                                                                      John W. Higgins

                                                                                By: _____

                                                                                Martha R. Higgins

J. Higgins
50102 Alpine Blvd.
Grand Beach, MI 49117



Retail



RDC 99

CLERK OF THE U.S. DISTRICT COURT
399 Federal BLVD
110 MICHIGAN ST. N.W.
GRAND RAPIDS, MI 49503

49503-231799

U.S. POSTAGE PAID
FCM LETTER
NEW BUFFALO, MI 49117
MAR 24, 2025

**$5.58**

S2324D500718-99