UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**Exhibit A**

| | |
|---|---|
| JPMORGAN CHASE BANK, NATIONAL ASSOCIATION, | Case No. 1:23-cv-01112 |
| Plaintiff, | Hon. District Judge Robert J. Jonker |
| v. | Magistrate Judge Sally J. Berens |
| JOHN W. HIGGINS, MARTHA R. HIGGINS; and the UNITED STATES OF AMERICA, | |
| Defendants. | |
| UNITED STATES OF AMERICA, | |
| Counterclaim/Crossclaim Plaintiff, | |
| v. | |
| JOHN W. HIGGINS, MARTHA R. HIGGINS; | |
| Crossclaim Defendants, | |
| And | |
| JPMORGAN CHASE BANK, N.A., | |
| Counterclaim Defendant. | |

**DECLARATION OF KERRY WRIGHT**

I, Kerry Wright, pursuant to 28 U.S.C. § 1746, declare as follows:

1. I am a licensed realtor in the State of Michigan, and am familiar with marketing real property in New Buffalo, Michigan.

2. On April 1, 2025, I was appointed as Receiver by the United States District Court for the Western District of Michigan to sell the real property located at 50102 Alpine Blvd., New

1

Buffalo, Michigan 49117 (the "Property"). In my capacity as Receiver for the Property, I researched the sale prices of comparable properties in the area. Through that research, I determined that an appropriate initial listing price for the Property would be $1,839,000. I listed the property on May 9, 2025.

3. I advertised the Property on the website of my brokerage and on the Multiple Listing Service. The Property's listing also appeared on websites such as Zillow, Redfin, and Realtor.com.

4. Since the time I was appointed as Receiver, I have held a total of 19 showings of the Property.

5. After 30 days on the market, I received no offers. In accordance with the court's order appointing me as Receiver, I lowered the listing price by 8% to $1,675,000. At this price, I received one offer at 65% of the listing price.

6. After another 30 days on the market, in accordance with the court's order appointing me as Receiver, I reduced the listing price by 5% to $1,599,000. At this price, I received one offer at 81% of the listing price.

7. After another 30 days on the market, in accordance with the court's order appointing me as Receiver, I reduced the listing price by 6% to $1,499,000. At this price, I received four offers.

8. The highest and best offer I received was from Stephen Dykun who offered to buy the Property for $1,500,000.

9. Based on my 20-plus years of real estate experience, it is my opinion that the offer by Stephen Dykun is a fair and reasonable price of the Property given the condition of the Property and the local real estate market.

I declare under penalty of perjury that the foregoing is true and accurate to the best of my knowledge and belief. Executed on this 6th day of September 2025.

_____
KERRY WRIGHT
Court-Appointed Receiver