

**Exhibit**
C

# RECEIVER'S DEED TO REAL PROPERTY

WHEREAS, on October 29, 2024, in Civil Case No. 1:23-cv-01112 in the United States District Court for the Western District of Michigan ("the receivership case"), the Court granted judgment to the United States, allowing the United States, *inter alia*, to enforce federal tax liens with a judicial sale of certain real property in order to collect on the federal tax liabilities of **John W. and Martha R. Higgins**, free and clear of the rights, titles, claims, liens, and interests of party defendants John W. and Martha R. Higgins, and counterclaim-defendant JPMorgan Chase Bank, National Association;

WHEREAS, on April 1, 2025, the District Court appointed Kerry Wright as Receiver, to take possession, and arrange for the sale of the certain real Property; and

WHEREAS, on _____, the District Court entered an order authorizing in all respects the sale of such real property to **[newly formed LLC]** as the purchaser, for the sum of $1,500,000.00, and authorized and directed Kerry Wright, as the Receiver, to convey the real property to the purchaser, and approved of the form of this deed.

NOW, THEREFORE, Grantor, **Kerry Wright, in his capacity as Court-Appointed Receiver,** pursuant to the authority and direction given to him by order of the District Court, does hereby bargain, sell, transfer, and convey to Grantee, **[newly formed LLC]**, residing at _____, all of the rights, titles, claims, and interests **John W. and Martha R. Higgins** have in and to the following described real property, to have and to hold, forever, for his own use and disposition:

>Lot 18, Alpine Valley, being a subdivision in part of the fractional Northwest quarter of fractional Section 17, and the fractional East half of Section 18, Township 8 South, Range 21 West, village of Grand Breach, Berrien County, Michigan, according to the Plat thereof recorded June 4, 1979 in Book 23 of Plats, Page 27.

>Meaning to describe the property conveyed by North Beach Company, Inc. to John W. Higgins and Martha R. Higgins, as tenants by the entirety, by

indenture recorded at book 1215, page 416 in the records of Berrien County, Michigan on September 26, 1984, as instrument 1984014231.

AND

Lot 203, New Park Addition to Grand Beach Springs, Sections 17 and 19, Township 8 South, Range 21 West, Village of Grand Breach, Berrien County, Michigan, according to the Plat thereof recorded March 10, 1923 in Book 6 of Plats, Page 48.

Meaning to describe the property conveyed by F.G. Connelly Mechanical Contractors, Inc. to John W. Higgins and Martha R. Higgins, as tenants by the entirety, by corporate warranty deed dated October 5, 2002, and recorded at book 2300, page 390 in the records of Berrien County, Michigan on October 14, 2002, as instrument 2002041222.

Sharing a common address of 50102 Alpine Boulevard, New Buffalo, Michigan 49117.

Said property is conveyed to **[newly formed LLC]** free and clear of all rights, titles, claims, and interests, of the defendant and counter/cross-claim-plaintiff United States of America; the plaintiff and counterclaim-defendant JPMorgan Chase Bank, National Association; and the defendants and crossclaim-defendants John W. and Martha R. Higgins; and any successors in interest or transferees of those parties, subject to building lines, if established, all laws, ordinances, and governmental regulations (including building and zoning ordinances) affecting the real property, and easements, restrictions, and reservations of record, if any.  This conveyance is free and clear of any right or redemption of any party in the receivership case.

I have hereunto set my hand and seal, this ___ day of _____ 2025.

_____
Kerry Wright as Receiver appointed by court order dated 4/1/2025 in U.S.D.C. Western District of Michigan Case #1-23-cv-01112

State of Michigan      )
                            ) ss
County of _____ )

On this ___ day of _____ 2025, before me personally appeared Kerry Wright as Receiver appointed by court order dated 4/1/2025 in U.S.D.C. Western District of Michigan, Case #1-23-cv-01112, known to me to be the person described in and who executed the foregoing instrument, and acknowledged that he executed the same as his free act and deed.

                                                   _____
                                                   Notary Public
                                                   My commission expires:

This instrument prepared by:
Sarah M. Stoner
Trial Attorney
Tax Division
U.S. Department of Justice
P.O. Box 55
Washington, D.C. 20044

Return Recorded Deed to:
Stephen Dykun
552 N. Vine Street
Hinsdale, IL  60521